# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL K. JACOBS, et al, <br><br> PLAINTIFFS, <br><br> v. <br><br> THE COUNTRY KENNELS, INC., et al, <br><br> DEFENDANTS. | CASE NO: 06-0062 <br><br> JUDGE: RWC <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiffs in the above referenced case, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that this case is dismissed with prejudice, pursuant to a Settlement Agreement reached by the parties.

The Defendants have not filed an answer or other responsive pleading.

Dated this 27th day of January, 2005.

Respectfully submitted,

Samuel K. Jacobs, and,

Nancy M. Heckerman
OFFICE OF SAMUEL K. JACOBS
2300 M Street NW
Suite 800
Washington, D.C. 20037
Telephone: 202-416-1753
Messages: 240-505-1603
E-Mail: sjnhjacobs@msn.com
Fax: 202-295-9083

RECEIVED
JAN 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2006, a copy of the foregoing **Stipulation of Dismissal with Prejudice** was served via first class mail, postage prepaid, to:

Samuel K. Jacobs
2300 M Street NW
Suite 800
Washington, DC 20037
*Plaintiff*

Nancy M. Heckerman
2300 M Street NW
Suite 800
Washington, DC 20037
*Plaintiff*

Michael J. Lichtenstein

G:\75\CLIENTS\Country Kennel-112102.02\Pleadings\notice of dismissal.doc

2